**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CASE NO. 4:26-CR-00006-JDK-KNM** |
| **v.** | § | |
| | § | |
| | § | |
| **SHAWN LEE SHUGART (2)** | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS**
**OF FACT AND RECOMMMENDATION ON GUILTY PLEA**

The Court referred this matter to the Honorable K. Nicole Mitchell, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea.  The Magistrate Judge Recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Counts One and Two of the Indictment.

The parties have not objected to the Magistrate Judge's findings.

The Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge.  The Court also accepts Defendant's plea.

In accordance with Defendant's guilty plea, the Court finds Defendant Shawn Lee Shugart **GUILTY** of Count One of the Indictment, charging a violation of Title 21 U.S.C. § 846 - Conspiracy to Distribute or Possess with Intent to Distribute or Dispense Methamphetamine, and Count Two of the Indictment, charging a violation of Title 18 U.S.C. § 924(c) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

So **ORDERED** and **SIGNED** this **18th**  day of  **May, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE